COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Felicia Nicole Jones v. Macy's, Eric Limbocker, Citibank, and
                         Houston Federal Credit Union

Appellate case number:   01-14-00143-CV

Trial court case number: 74030

Trial court:             239th District Court of Brazoria County

It is ordered that Appellant's "Application to Stay the Enforcement of that Judgment" is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                    ☑ Acting individually     ☐ Acting for the Court

Date: April 21, 2015